**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 96-20957

_____


RY-RON INC.,

Plaintiff-Appellant,

VERSUS

PUROLATOR PRODUCTS COMPANY
and
MARK IV INDUSTRIES INC.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-95-CV-4518)

_____
October 10, 1997


Before REYNALDO G. GARZA, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

We have reviewed the briefs and pertinent portions of the record and have heard the arguments of counsel. We find no reversible error. Even if, *arguendo*, there was a contract, it was terminable at will. We also see no error in the finding of no personal jurisdiction, but even if there was personal jurisdiction, a parent cannot tortiously interfere with its subsidiary's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

contract.  The judgment, accordingly, is AFFIRMED.